```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ CATHERINE J. SWANN
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, CA  95814
 4 │ Telephone:  (916) 554-2762
   │ Facsimile:  (916) 554-2900
 5 │
   │ TONY WEST
 6 │ Assistant Attorney General
   │ JOYCE R. BRANDA
 7 │ JAMIE YAVELBERG
   │ JAY D. MAJORS
 8 │ Department of Justice
   │ Civil Division
 9 │ Commercial Litigation Branch
   │ P. O. Box 261
10 │ Benjamin Franklin Station
   │ Washington, D.C.  20044                      SEALED
11 │ Telephone: (202) 307-0264
   │ Facsimile: (202) 514-0280
12 │
13 │ Attorneys for the United States of America
14 │                IN THE UNITED STATES DISTRICT COURT
15 │                   EASTERN DISTRICT OF CALIFORNIA
16 │ UNITED STATES OF AMERICA and the STATES OF     2:09 - CV - 3010 MCE JFM
   │ ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT
17 │ OF COLUMBIA, FLORIDA, GEORGIA, HAWAII,         ORDER RE GOVERNMENT'S
   │ ILLINOIS, INDIANA, LOUISIANA,                  ELECTION TO DECLINE
18 │ MASSACHUSETTS, MICHIGAN, MONTANA,              INTERVENTION
   │ NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW
19 │ MEXICO, NEW YORK, OKLAHOMA, RHODE
20 │ ISLAND, TENNESSEE, TEXAS, VIRGINIA, and        [FILED UNDER SEAL]
   │ WISCONSIN ex rel. FRANK SOLIS,
21 │
22 │         Plaintiffs,
23 │    vs.
24 │ MILLENNIUM PHARMACEUTICALS, INC.,
   │ SCHERING-PLOUGH CORP.,
25 │
26 │         Defendants.
27 │         The United States having declined to intervene in this action pursuant to the False Claims Act,
28 │
```

1

31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: December 20, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT