1  KAMALA D. HARRIS
   Attorney General of the State of California
2  DANE GILLETTE
   Chief Assistant Attorney General
3  MARK GEIGER
   Senior Assistant Attorney General
4  BRIAN V. FRANKEL
   Supervising Deputy Attorney General
5  California State Bar No. 116802
       Bureau of Medi-Cal Fraud and Elder Abuse
6      Office of the Attorney General
       1455 Frazee Road, Suite 315
7      San Diego, CA  92108
       Telephone:  (619) 688-6065
8      Fax:  (619) 688-4200
       E-mail:  brian.frankel@doj.ca.gov
9
   Attorneys for the State of California
10

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15 | UNITED STATES OF AMERICA and the | 2:09 - CV - 3010 MCE JFM |
16 | STATES OF ARKANSAS, CALIFORNIA, | |
   | DELAWARE, DISTRICT OF COLUMBIA, | **ORDER ON THE** |
17 | FLORIDA, GEORGIA, HAWAII, ILLINOIS, | **STATES' NOTICE OF ELECTION TO** |
   | INDIANA, LOUISIANA,  MASSACHUSETTS, | **DECLINE INTERVENTION** |
18 | MICHIGAN, MONTANA, NEVADA, NEW | |
   | HAMPSHIRE, NEW JERSEY, NEW MEXICO, | Judge:  Hon. Morrison C. England, Jr. |
19 | NEW YORK, OKLAHOMA, RHODE ISLAND, | |
   | TENNESSEE, TEXAS, VIRGINIA, and | |
20 | WISCONSIN, *ex rel.* FRANK SOLIS**,** | |

21                                   Plaintiffs,

22          v.

23 MILLENNIUM PHARMACEUTICALS, INC.;
   SCHERING-PLOUGH CORP.,
24
                                    Defendants.
25

26

27

28

                              1

The State of California having declined to intervene in this action pursuant to the California False Claims Act, California Government Code § 12652(c)(6)(B), and the States of Arkansas, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Virginia, and Wisconsin, and the District of Columbia (collectively, along with the State of California, referred to hereinafter as "the States") having declined to intervene in this action pursuant to their respective statutes, the Court rules as follows:

1. The Complaint, any amended Complaints, the States' Notice of Election to Decline Intervention, and this Order shall be unsealed as of the date of this Order. The United States' notice of election to decline intervention and corresponding Order shall also be unsealed, in accordance with the United States' request. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants.

2. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

3. The last effective Complaint, the States' Notice of Election to Decline Intervention, and this Order, as well as the United States' notice of election to decline intervention and corresponding Order, shall be served upon the defendants by the relator.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the States, as provided for in their respective statutes. The States may order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time, to the extent allowed by their respective statutes.

5. All orders of this Court shall be sent to the States.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    6. Should the relator or the defendants propose that this action be dismissed, settled, or

2  otherwise discontinued, the Court will solicit the written consent of the States before ruling or

3  granting its approval.

4        IT IS SO ORDERED.

5  Dated:  December 20, 2012

6                                      _____

7                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                       UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28