IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATE OF TEXAS, et al, *ex rel.* (UNDER SEAL) | ) ) ) ) | Civil Action No. 2:09-CV-3010 MCE/JFM |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| [UNDER SEAL] | ) ) | |
| Defendants. | ) | |

## ORDER

The State of Texas [hereinafter "*Texas*"] having declined to proceed with this action, the Court ORDERS that:

1. Copies of all pleadings (including, without limitation, all complaints, briefs, memoranda, motions, responses, replies, sur-replies, amendments and supplements, if any) filed, or to be filed, in this action shall be served by the parties upon counsel of record for Texas; and

2. Copies of all Orders issued, or to be issued, by the court in this action shall be sent to counsel of record for Texas.

BY THE COURT:

_____
HONORABLE MORRISON C. ENGLAND, JR.

DATE: 1·23·12

Order
Texas' Notice of Non-Intervention