1  Kimberly A. Dunne, SBN 142721
   kdunne@sidley.com
2  Brent W. Wilner, SBN 230093
   bwilner@sidley.com
3  Amanda V. Lopez, SBN 273602
   alopez@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California 90013
   Telephone: (213) 896-6000
6  Facsimile: (213) 896-6600

7  Attorneys for Defendant Millennium
   Pharmaceuticals, Inc.
8

9
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA *ex rel.*  )  Case No. 2:09-cv-03010-MCE-JFM
    FRANK SOLIS,                        )
12                                      )  **ORDER GRANTING STIPULATION**
                    Plaintiff,          )  **REGARDING MOTION TO DISMISS**
13  vs.                                 )  **BRIEFING SCHEDULE**
                                        )
14                                      )  Complaint served:       Apr. 5, 2013
    MILLENNIUM PHARMACEUTICALS, INC.    )  Current response date:  Apr. 24, 2013
15  and SCHERING-PLOUGH CORP.,          )  New response date:      May 30, 2013
                                        )
16                  Defendants.         )  Assigned to: Hon. Morrison C. England. Jr.
                                        )
17                                      )

18
19
20
21
22
23
24
25
26
27
28

The Court has read and considered the Stipulation Regarding Motion to Dismiss Briefing Schedule filed by the parties to this action.

Good cause appearing, IT IS ORDERED that:

Defendants Millennium Pharmaceuticals, Inc. and Schering-Plough Corp. shall file their anticipated motions to dismiss the Complaint by May 30, 2013.  Plaintiff Relator Frank Solis shall file an opposition to these motions or amend the Complaint by June 27, 2013.  The defendants shall file any replies by July 18, 2013.  The defendants' motions to dismiss will be scheduled for hearing on August 8, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

April 26, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE