Kimberly A. Dunne, SBN 142721
kdunne@sidley.com
Brent W. Wilner, SBN 230093
bwilner@sidley.com
Amanda V. Lopez, SBN 273602
alopez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Defendant Millennium
Pharmaceuticals, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRANK SOLIS,<br><br>         Plaintiff,<br><br>vs.<br><br>MILLENNIUM PHARMACEUTICALS, INC. and SCHERING-PLOUGH CORP.,<br><br>         Defendants. | Case No. 2:09-cv-03010-MCE-JFM<br><br>**ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Complaint served:         Apr. 5, 2013<br>Current response date:   Apr. 24, 2013<br>New response date:        May 30, 2013<br><br>Assigned to:  Hon. Morrison C. England. Jr. |

1  The Court has read and considered the Stipulation Regarding Motion to Dismiss Briefing Schedule filed by the parties to this action.

Good cause appearing, IT IS ORDERED that:

Defendants Millennium Pharmaceuticals, Inc. and Schering-Plough Corp. shall file their anticipated motions to dismiss the Complaint by May 30, 2013.  Plaintiff Relator Frank Solis shall file an opposition to these motions or amend the Complaint by June 27, 2013.  The defendants shall file any replies by July 18, 2013.  The defendants' motions to dismiss will be scheduled for hearing on August 8, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED;  April 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT