JOHN P. BUEKER (admitted *pro hac vice*)
john.bueker@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
Tel:     (617) 951-7000
Fax:     (617) 235-7500

DOUGLAS H. HALLWARD-DRIEMEIER (admitted *pro hac vice*)
douglas.hallward-driemeier@ropesgray.com
ROPES & GRAY LLP
One Metro Center 700 12th Street, NW, Suite 900
Washington, DC  20005-3948
Tel:     (202) 508-4600
Fax:     (202) 508-4650

LAURA G. HOEY (admitted *pro hac vice*)
laura.hoey@ropesgray.com
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL  60606-4302
Tel:     (312) 845-1200
Fax:     (312) 845-5500

ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California 94111-4006
Tel:     (415) 315-6300
Fax:     (415) 315-4856

Attorneys for Defendant Schering-Plough Corporation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRANK SOLIS,<br><br>Plaintiff,<br><br>v.<br><br>MILLENNIUM PHARMACEUTICALS, INC. and SCHERING-PLOUGH CORP.,<br><br>Defendants. | Case No. 2:09-cv-03010-MCE-JFM<br><br>**ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS FIRST AMENDED COMPLAINT BRIEFING SCHEDULE**<br><br>Amended Complaint served: June 27, 2013<br>Current response date: July 11, 2013<br>New response date: July 29, 2013<br><br>Assigned to: Hon. Morrison C. England. Jr.<br>Location: Courtroom 7, 14th Floor |

The Court has read and considered the Stipulation Regarding Motion to Dismiss First Amended Complaint Briefing Schedule filed by the parties to this action.

Good cause appearing, IT IS ORDERED that:

Defendants Schering-Plough Corporation and Millennium Pharmaceuticals, Inc. shall file their anticipated motions to dismiss the Complaint by July 29, 2013. Plaintiff Relator Frank Solis shall file an opposition to these motions by August 30, 2013. The defendants shall file any replies by September 13, 2013. The defendants' motions to dismiss will be scheduled for hearing on October 3, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

**Dated:  August 5, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

1

[PROPOSED] ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS FIRST AMENDED COMPLAINT BRIEFING SCHEDULE