| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | CATHERINE J. SWANN |
| | Assistant United States Attorney |
| 3 | 501 I Street, 10th Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2762 |
| | Fax: (916) 554-2900 |
| 5 | |
| 6 | STUART F. DELERY |
| | Assistant Attorney General |
| 7 | MICHAEL D. GRANSTON |
| | JAMIE YAVELBERG |
| 8 | JAY D. MAJORS |
| | Department of Justice |
| 9 | Civil Division |
| | Commercial Litigation Branch |
| 10 | P. O. Box 261 |
| | Benjamin Franklin Station |
| 11 | Washington, D.C.  20044 |
| | Telephone: (202) 307-0264 |
| 12 | Fax: (202) 514 0280 |
| 13 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN  ex rel. FRANK SOLIS, <br><br>Plaintiffs, <br><br>vs. <br><br>MILLENNIUM PHARMACEUTICALS, INC., SCHERING PLOUGH CORP., <br><br>Defendants. | 2:09 - CV - 3010 MCE JFM <br><br>ORDER ON THE UNITED STATES CONSENTED MOTION FOR LEAVE TO FILE A STATEMENT OF INTEREST IN CONNECTION WITH DEFENDANTS   MOTIONS TO DISMISS RELATOR ⌐ FIRST AMENDED COMPLAINT |

1

[

1 | Upon consideration of the United States= consented motion for leave to file a statement of interest in
2 | connection with certain issues raised in the defendants= motions to dismiss the First Amended
3 | Complaint (FAC) in this case, as well as leave for each defendant to submit a brief in response
4 | thereto, and for good cause shown, the Court hereby rules as follows:

    1. The United States shall file its statement of interest on October 24, 2013;

    2. The defendants shall file their responsive briefs on November 7, 2013.

    IT IS SO ORDERED.

Dated:  October 29, 2013

                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

[