1  JOHN P. BUEKER (admitted *pro hac vice*)
   john.bueker@ropesgray.com
2  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
3  Boston, MA  02199-3600
   Tel:     (617) 951-7000
4  Fax:    (617) 235-7500

5  DOUGLAS H. HALLWARD-DRIEMEIER (admitted *pro hac vice*)
   douglas.hallward-driemeier@ropesgray.com
6  ROPES & GRAY LLP
   One Metro Center 700 12th Street, NW, Suite 900
7  Washington, DC  20005-3948
   Tel:     (202) 508-4600
8  Fax:    (202) 508-4650

9  LAURA G. HOEY (admitted *pro hac vice*)
   laura.hoey@ropesgray.com
10 ROPES & GRAY LLP
   191 North Wacker Drive, 32nd Floor
11 Chicago, IL  60606-4302
   Tel:     (312) 845-1200
12 Fax:    (312) 845-5500

13 ROCKY C. TSAI (SBN 221452)
   rocky.tsai@ropesgray.com
14 ROPES & GRAY LLP
   Three Embarcadero Center, Ste 300
15 San Francisco, California 94111-4006
   Tel:     (415) 315-6300
16 Fax:    (415) 315-4856

17 Attorneys for Defendants
   SCHERING-PLOUGH CORP. AND MERCK & CO., INC.
18
                     **UNITED STATES DISTRICT COURT**
19                   **EASTERN DISTRICT OF CALIFORNIA**

20 | UNITED STATES OF AMERICA *ex rel.* FRANK SOLIS, | ) | Case No. 2:09-cv-03010-MCE-JFM |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS SECOND AMENDED COMPLAINT BRIEFING SCHEDULE** |
| v. | ) ) | |
| MILLENNIUM PHARMACEUTICALS, INC., SCHERING-PLOUGH CORP. and MERCK & CO., | ) ) ) ) | Amended Complaint to be filed: April 15, 2014
Current response date: April 29, 2014
New response date: May 19, 2014 |
| Defendants. | ) ) | Assigned to: Hon. Morrison C. England. Jr.
Location: Courtroom 7, 14th Floor |

28

[PROPOSED] ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS SECOND AMENDED
COMPLAINT BRIEFING SCHEDULE

The Court has read and considered the Stipulation Regarding Motion to Dismiss Second Amended Complaint Briefing Schedule, ECF No. 106, filed by the parties to this action.

Good cause appearing, IT IS ORDERED that:

Defendants Schering-Plough Corporation, Merck & Co., Inc., and Millennium Pharmaceuticals, Inc. shall file their anticipated motions to dismiss the Second Amended Complaint by May 19, 2014. Plaintiff Relator Frank Solis shall file an opposition to these motions by June 2, 2014. Defendants shall file any replies by June 16, 2014. Defendants' motions to dismiss will be scheduled for hearing on July 24, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

**Dated: April 28, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT