UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRANK SOLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>MILLENNIUM PHARMACEUTICALS, INC., SCHERING-PLOUGH CORP., and MERCK & CO.<br><br>    Defendants. | Case No. 2:09-cv-03010-MCE-JFM<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING**<br><br>Assigned to:  Hon. Morrison C. England, Jr.<br>Location:       Courtroom 7, 14th Floor |

**ORDER**

The Court has reviewed and considered the Stipulation Regarding Briefing Schedule And Hearing, and good cause appearing, **IT IS ORDERED** that:

1. Relator shall file his oppositions to the pending motions to dismiss, and the United States shall file a statement of interest relating to those motions, no later than June 4, 2014;

2. Defendants' replies and responses shall be filed no later than June 18, 2014; and

3. The hearing on Defendants' motions to dismiss is continued from July 24, 2014 to August 21, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT