1  JOHN P. BUEKER  (admitted *pro hac vice*)
   john.bueker@ropesgray.com
2  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
3  Boston, MA  02199-3600
   Tel:    (617) 951-7000
4  Fax:    (617) 235-7500

5  DOUGLAS H. HALLWARD-DRIEMEIER  (admitted *pro hac vice*)
   douglas.hallward-driemeier@ropesgray.com
6  ROPES & GRAY LLP
   One Metro Center 700 12th Street, NW, Suite 900
7  Washington, DC  20005-3948
   Tel:    (202) 508-4600
8  Fax:    (202) 508-4650

9  LAURA G. HOEY (admitted *pro hac vice*)
   laura.hoey@ropesgray.com
10 ROPES & GRAY LLP
   191 North Wacker Drive, 32nd Floor
11 Chicago, IL  60606-4302
   Tel:    (312) 845-1200
12 Fax:    (312) 845-5500

13 ROCKY C. TSAI
   rocky.tsai@ropesgray.com
14 ROPES & GRAY LLP
   Three Embarcadero Center
15 San Francisco, CA  94111-4006
   Tel:    (415) 315-6300
16 Fax:    (415) 315-6350

17 Attorneys for Defendants
   SCHERING-PLOUGH CORP. AND MERCK & CO., INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FRANK SOLIS,<br><br>PLAINTIFF,<br><br>v.<br><br>MILLENNIUM PHARMACEUTICALS, INC., SCHERING-PLOUGH CORP., and MERCK & CO.,<br><br>DEFENDANTS. | CASE NO.  2:09-cv-3010-MCE-JFM<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND DEFENDANT MILLENNIUM PHARMACEUTICALS, INC.'S MOTION TO STRIKE** |

Having considered the stipulation by Defendants Schering-Plough Corporation and Merck & Co., Inc. ("Schering"), Defendant Millennium Pharmaceuticals, Inc. ("Millennium"), and Relator Frank Solis to continue the hearing on the Motion to Dismiss filed by Schering (ECF No. 113), Motions to Dismiss filed by Millennium (ECF Nos. 114 and 116), and Motion to Strike filed by Millennium (ECF No. 117) (collectively, the "Motions"), the Court hereby finds that the trial schedule conflict for Schering's counsel presents good cause to continue the hearing on the Motions until October 16, 2014.  See ECF No. 140.  The hearing on the Motions are CONTINUED from September 18, 2014 to October 16, 2014.  The amicus briefing schedule set forth in this Court's August 15, 2014 Order (ECF No. 136) shall remain in effect.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT