BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900
E-mail: Catherine.Swann@usdoj.gov

JOYCE R. BRANDA
Acting Assistant Attorney General
MICHAEL D. GRANSTON
JAMIE YAVELBERG
JAY D. MAJORS
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0264
E-mail: Jay.Majors@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRANK SOLIS, <br><br> Plaintiffs, <br><br> v. <br><br> MILLENNIUM PHARMACEUTICALS, INC., SCHERING-PLOUGH CORP., and MERCK & CO., <br><br> Defendants. | CASE NO. 2:09-cv-03010-MCE-EFB <br><br> ORDER |

Having considered the unopposed motion by the United States to continue the hearing on the Motion to Dismiss filed by Schering (ECF No. 113), Motions to Dismiss filed by Millennium (ECF Nos. 114 and 116), and Motion to Strike filed by Millennium (ECF No. 117) (collectively, the "Motions"), and for good cause shown,

///

[PROPOSED] ORDER                                  1

1  It is HEREBY ORDERED that the hearing on the Motions be continued from October 16,
2 2014 to October 30, 2014 at 2:00 p.m. in Courtroom No. 7.
3 Dated:  September 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER                                    2