C. BROOKS CUTTER (SBN 121407)
JOHN R. PARKER, JR.  (SBN 257761)
**KERSHAW, CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mails: bcutter@kcrlegal.com / jparker@kcrlegal.com

MYCHAL WILSON (SBN 236189)
**THE LAW OFFICE OF MYCHAL WILSON**
The Water Garden
2425 Olympic Blvd., Suite 4000-W
Santa Monica, CA 90404
Telephone: (424) 252-4232
Facsimile: (310) 424-7116
Email: Mychal@mychalwilsonesq.com

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Frank Solis, Relator, | Case No. 2:09-cv-03010-MCE-EFB |
| STATE OF DELAWARE ex rel. Frank Solis, Relator, | **ORDER** |
| STATE OF COLORADO ex rel. Frank Solis, Relator | |
| DISTRICT OF COLUMBIA ex rel. Frank Solis, Relator, | |
| STATE OF FLORIDA ex rel. Frank Solis, Relator, | |
| STATE OF GEORGIA ex rel. Frank Solis, Relator, | |

| | |
|---|---|
| 1 | STATE OF HAWAII ex rel. Frank |
| 2 | Solis, Relator, |
| 3 | STATE OF ILLINOIS ex rel. Frank |
| 4 | Solis, Relator, |
| 5 | STATE OF INDIANA ex rel. Frank |
| 6 | Solis, Relator, |
| 7 | STATE OF LOUISIANA ex rel. |
| 8 | Frank Solis, Relator, |
| 9 | STATE OF MARYLAND ex rel. |
| 10 | Frank Solis, Relator, |
| 11 | STATE OF MASSACHUSETTS ex |
| 12 | rel. Frank Solis, Relator, |
| 13 | STATE OF MINNESOTA ex rel. |
| 14 | Frank Solis, Relator |
| 15 | STATE OF MICHIGAN ex rel. |
| 16 | Frank Solis, Relator, |
| 17 | STATE OF MONTANA ex rel. Frank |
| 18 | Solis, Relator, |
| 19 | STATE OF NEVADA ex rel. Frank |
| 20 | Solis, Relator, |
| 21 | STATE OF NEW HAMPSHIRE ex |
| 22 | rel. Frank Solis, Relator, |
| 23 | STATE OF NEW JERSEY ex rel. |
| 24 | Frank Solis, Relator, |
| 25 | STATE OF NEW MEXICO ex rel. |
| 26 | Frank Solis, Relator, |
| 27 | STATE OF NEW YORK ex rel. |
| 28 | Frank Solis, Relator, |

[PROPOSED] ORDER

| | |
|---|---|
| 1 | |
| 2 | STATE OF OKLAHOMA ex rel. Frank Solis, Relator, |
| 3 | |
| 4 | STATE OF RHODE ISLAND ex rel. Frank Solis, Relator, |
| 5 | |
| 6 | STATE OF TENNESSEE ex rel. Frank Solis, Relator, |
| 7 | |
| 8 | STATE OF TEXAS ex rel. Frank Solis, Relator, |
| 9 | |
| 10 | STATE OF VIRGINIA ex rel. Frank Solis, Relator, |
| 11 | |
| 12 | STATE OF WISCONSIN ex rel. Frank Solis, Relator, |
| 13 | |
| 14 | STATE OF MINNESOTA, ex rel. Frank Solis, Relator, |
| 15 | |
| 16 | STATE OF NORTH CAROLINA, ex rel. Frank Solis, Relator, |
| 17 | |
| 18 | STATE OF WASHINGTON, ex rel. Frank Solis, Relator, |
| 19 | |
| 20 | STATE OF CONNECTICUT, ex rel. Frank Solis, Relator, |
| 21 | |
| 22 | STATE OF COLORADO, ex rel. Frank Solis, Relator, |
| 23 | |
| 24 | / / / |
| 25 | / / / |
| 26 | |
| 27 | / / / |
| 28 | / / / |

| | |
|---|---|
| STATE OF MARYLAND, ex rel. Frank Solis, Relator, | |
| vs. | |
| MILLENNIUM PHARMACEUTICALS, INC., SCHERING-PLOUGH CORP., MERCK & CO., | |
| Defendants. | |

Having considered the unopposed motion by Relator to continue the hearing on the Motion to Dismiss filed by Schering (EFC No. 113), Motions to Dismiss filed by Millennium Pharmaceuticals, Inc. ("Millennium") (ECF Nos. 114 and 116), and Motion to Strike filed by Millennium (ECF No. 117), and for good cause shown,

IT IS HEREBY ORDERED that the hearing be continued from October 30, 2014 to December 4, 2014 at 2:00 p.m.  Because the Motions at issue were filed on May 19, 2014, no further extensions will be entertained, and should the parties need any additional continuance the court will dismiss the Motions, without prejudice to being refiled and heard at a later time.

IT IS SO ORDERED.

Dated:  October 28, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE