1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRANK SOLIS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MILLENNIUM PHARMACEUTICALS, INC., SCHERING-PLOUGH CORP., and MERCK & CO.<br><br>　　　　　　　　Defendants. | Case No. 2:09-cv-03010-MCE-JFM<br><br>**ORDER GRANTING STIPULATION REGARDING HEARING**<br><br>Assigned to:　Hon. Morrison C. England, Jr.<br>Location:　　Courtroom 7, 14th Floor |

201768146

## **ORDER**

The Court has reviewed and considered the Stipulation Regarding Hearing, and good cause appearing, **IT IS ORDERED** that the hearing on Defendants' motions to dismiss and motion to strike is continued from December 18, 2014 to January 22, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT