C. BROOKS CUTTER (SBN 121407)
JOHN R. PARKER, JR. (SBN 257761)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
E-mails: bcutter@cutterlaw.com / jparker@cutterlaw.com

*Attorneys for Relator*

JOHN P. BUEKER (admitted *pro hac vice*)
john.bueker@ropesgray.com
**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel:    (617) 951-7000
Fax:    (617) 235-7500

 SEAN A. COMMONS (SBN 217603)
 scommons@sidley.com
 AMANDA V. LOPEZ (SBN 273602)
 alopez@sidley.com
 **SIDLEY AUSTIN LLP**
 555 West Fifth Street, Suite 4000 Los Angeles,
 California 90013
 Telephone: (213) 896-6000
 Facsimile: (213) 896-6600

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* FRANK SOLIS,<br><br>PLAINTIFF,<br><br>v.<br><br>MILLENNIUM PHARMACEUTICALS, INC., SCHERING-PLOUGH CORP., and MERCK & CO.,<br><br>DEFENDANTS. | CASE NO. 2:09-cv-3010-MCE-JFM<br><br>**ORDER**<br><br><br>Date: March 21, 2019<br>Time: 11:00 a.m.<br>Assigned to: Hon. Morrison C. England, Jr.<br>Location: Courtroom 7, 14th Floor |

## **ORDER**

GOOD CAUSE APPEARING, the Court hereby accepts the Stipulation by the Parties and the Status Conference is hereby continued from March 21, 2019 to April 4, 2019 at 11:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: March 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE