# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRANK SOLIS,<br><br>                    PLAINTIFF,<br><br>v.<br><br><br>MILLENNIUM PHARMACEUTICALS, INC., SCHERING-PLOUGH CORP., and MERCK & CO.,<br><br>                    DEFENDANTS. | CASE NO. 2:09-cv-03010-MCE-JFM<br><br>**ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS THIRD AMENDED COMPLAINT BRIEFING SCHEDULE**<br><br>Amended Complaint to be filed: May 10, 2019<br>Current response date: May 24, 2019<br>New response date: June 10, 2019<br><br>Assigned to: Hon. Morrison C. England, Jr.<br>Location:     Courtroom 7, 14th Floor |

      The Court has reviewed and considered the Stipulation Regarding Motion to Dismiss Third Amended Complaint Briefing Schedule filed by the parties to this action.

      Good cause appearing, **IT IS ORDERED** that:

      1.    Defendants Schering-Plough Corp., Merck & Co., and Millennium Pharmaceuticals, Inc. shall file their anticipated responsive motions to the Third Amended Complaint no later than June 10, 2019;

      2.    Plaintiff Relator Frank Solis shall file his opposition(s) to Defendants' responsive motions no later than July 17, 2019;

////

////

////

ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS THIRD AMENDED COMPLAINT BRIEFING SCHEDULE
1

3. Defendants shall file their replies in support of their responsive motions no later than August 1, 2019; and

4. The Court will hear the motions to dismiss on September 19, 2019, at 2:00 p.m..

**IT IS SO ORDERED.**

**Dated: May 2, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE